**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.  3:21-CV-437-RJC-DCK**

| | | |
|---|---|---|
| **RUTHY HARRIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **TRUIST BANK,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*"* (Document No. 10) filed by Brent F. Powell, concerning Virginia W. Barnhart, on October 13, 2021.  Virginia W. Barnhart seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit*"* (Document No. 10) is **GRANTED**.  Virginia W. Barnhart is hereby admitted *pro hac vice* to represent Defendant.

  **SO ORDERED**.

Signed: October 13, 2021

David C. Keesler
United States Magistrate Judge