IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

RUTHY HARRIS, on behalf of herself and
others similarly situated,

    Case No. 3:21-cv-437

    Plaintiff,

v.    **CLASS ACTION**

TRUIST BANK,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Ruthy Harris hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: October 14, 2021

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Avi R. Kaufman*
Avi R. Kaufman
Florida State Bar # 84382
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*/s/ Ted Johnson*
Ted Lewis Johnson
North Carolina State Bar # 39791
PO Box 5272
Greensboro, NC 27435
Telephone: (336) 252-8596
Email: tedlewisjohnson@tedlewisjohnson.com